## WATTS *v.* TERRITORY OF WASHINGTON.

This court can only review the final judgments of the Supreme Court of the Territory of Washington in criminal cases, when the Constitution or a statute or treaty of the United States is drawn in question.

ERROR to the Supreme Court of the Territory of Washington.

*Mr. Nathaniel Wilson for the plaintiff in error. Mr. Assistant Attorney-General Edwin B. Smith, contra.*

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This court can only review the final judgments of the Supreme Court of the Territory of Washington in criminal cases, when the Constitution or a statute or treaty of the United States is drawn in question. Rev. Stat., sect. 702.

This is a criminal case; but the record does not present for our consideration any question of which we can take jurisdiction. It nowhere appears that the Constitution or any statute or treaty of the United States is in any manner drawn in question.                    *Writ dismissed for want of jurisdiction.*